IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JENNA L. FIGUEROA, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-028 |
| CAROLE FABRICS CORPORATION, | * | |
| Defendant. | * | |

O R D E R

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 15.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that Plaintiff's claim against Defendant is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA